COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Maxine Adams and Cecil Adams v. Rebecca Ross

Appellate case number:  01-11-00552-CV

Trial court case number:  2010-12207

Trial court:               269th District Court of Harris County, Texas

On May 16, 2012, the trial court found that appellant Cecil Adams had presented a non-frivolous ground of appeal and that the clerk's record was necessary to the appeal. The trial court therefore ordered the district clerk to file the clerk's record, containing the items specified in Texas Rule of Appellate Procedure 34.5(a), by June 15, 2012.

On August 30, 2012, we ordered the district clerk, based on the trial court's findings and order, to file the complete clerk's record by October 1, 2012. We further ordered the district clerk to file a supplemental clerk's record containing the trial court's orders of April 5, 2012 and May 15, 2012 by September 10, 2012.

The district clerk filed the supplemental clerk's record on September 13, 2012. The complete clerk's record has yet to be filed.

On November 2, 2012, we abated this appeal and ordered the parties to participate in mediation. The parties were unable to reach a resolution of this matter.

Accordingly, we **reinstate** this appeal on the Court's active docket and **order** the district clerk to file the complete clerk's record within 10 days of the date of this order. *See* TEX. R. APP. P. 35.3(c). Appellant's brief is **ordered** to be filed within 30 days of the date the clerk's record is filed. *See* TEX. R. APP. P. 38.6(a). Appellee's brief, is any, is **ordered** to be filed within 30 days of the date the appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Harvey Brown

                 ☑ Acting individually    ☐ Acting for the Court

Date: December 18, 2012